BALDWIN, Respondent, v. HARDEN-BROOK, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Arthur L. Baldwin against David L. Hardenbrook. No opinion. Judgment affirmed, with costs. See 75 N. Y. Supp. 1121.

BALDWIN, Respondent, v. WOBCKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Thomas E. Baldwin against Adolph F. Wobcke. No opinion. Judgment and order unanimously affirmed, with costs.

In re BALLIET. (Supreme Court, Appellate Division, Second Department. April 15, 1902.) In the matter of the application of Albert H. Balliet for admission to the bar. No opinion. Application granted.

BARON, Respondent, v. AARUP, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Hyman Baron against Thorwald Aarup, sued as Theodore Aarup. No opinion. Judgment of the municipal court affirmed, with costs.

BARRETT CHEMICAL CO., Respondent, v. STERN, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by the Barrett Chemical Company against Julius Stern. A. L. Pincoffs, for appellant. C. B. Meyer, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the authority of 56 App. Div. 144, 67 N. Y. Supp. 595.

VAN BRUNT, P. J., dissents.

BARTELS, Respondent, v. HAMILTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Herman Bartels against William T. Hamilton. No opinion. Order affirmed, with $10 costs and disbursements.

In re BASSFORD. (Supreme Court, Appellate Division, First Department. April 11, 1902.) In the matter of Thomas S. Bassford. No opinion. Order affirmed, with $10 costs and disbursements. See 74 N. Y. Supp. 397.

BEHLEN v. BEHLEN. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by Herman Behlen against Anna T. L. Behlen. No opinion. Motion denied, with $10 costs.

BEHLEN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Katharine Behlen, as administratrix, etc., of Anton Behlen, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BERGMAN, Appellant, v. FRASINETTI, Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Abram Bergman against Angelo Frasinetti. J. M. Birnbaum, for appellant. W. A. Purrington, for respondent. No opinion. Judgment affirmed, with costs.

BERNHEIMER v. SCHMID. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by Simon E. Bernheimer against Josephine Schmid. No opinion. Motion denied, with $10 costs.

BERNHEIMER v. SCHMID. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Simon E. Bernheimer against Josephine Schmid. No opinion. Motion denied, with $10 costs.

BIRNBAUM v. MAY et al. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Jacob M. Birnbaum against Lewis A. May and others. No opinion. Motion dismissed.

BIRNBAUM v. MAY et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Jacob M. Birnbaum against Lewis A. May and another. No opinion. Motion granted, on defendants paying $10 costs of this motion. If the plaintiff elects to withdraw his appeal, the defendants must pay his printing disbursements and costs in the court of appeals up to the present time.

BLOOMINGDALE, Respondent, v. BENNET et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Charles A. Bloomingdale against Adam M. Bennet and Merton E. House. No opinion. Order affirmed, with $10 costs and disbursements.

BLUMENTHAL et al. v. PRESCOTT et al. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Rudolph L. Blumenthal and another against Amos L. Prescott and another. No opinion. Motion denied.

In re BOARD OF FIRE COM'RS. In re BEGGS. (Supreme Court, Appellate Division, First Department. May 16, 1902.) In the matter of application of the board of fire commissioners. On petition of Eben J. Beggs. No opinion. Report confirmed.

In re BOERUM ST. (Supreme Court, Appellate Division, First Department. May 9, 1902.) In the matter of Boerum Street. No opinion. Reference ordered to take proof of the facts.

BORNMANN, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Alfred Bornmann against the Star Company. No opinion. Judgment and order unanimously affirmed, with costs.

BOWNE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May

76 N.Y.S.—64